Roxanna M. Robertson
Clerkin, Sinclair & Mahfouz, LLP
3333 Camino Del Rio South, Ste. 120
San Diego, CA 92108
State Bar No. 033082
Phone: (619) 308-6550
rrobertson@clerkinlaw.com
AZ-eservice@clerkinlaw.com

Attorney for State Farm Mutual Automobile Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company, as subrogee of Phylisa Arelano,<br>        Plaintiff,<br><br>v.<br><br>United States of America,<br><br>        Defendant. | No.<br><br><br><br>TORT: MOTOR VEHICLE – PROPERTY DAMAGE |

1. This is a civil action against the United States of America (hereafter "U.S.A.") brought pursuant to the Federal Tort Claims Act, 28 USC §2671 et seq. Jurisdiction is proper pursuant to 28 U.S.C. §1346.

2. Venue of this action is based on 28 U.S.C. §1402. All or part of the acts or omissions giving rise to Plaintiff's claims, the accident discussed below, occurred in this judicial district.

3. State Farm Mutual Automobile Insurance Company is, and was, an Illinois insurer, authorized to transact business in the State of Arizona.

4. U.S.A. engaged in providing governmental services in the State of Arizona and employed Eric Alcala who was acting in the course and scope of their employment with the U.S. Postal Service during the events giving rise to this Complaint.

5. U.S.A. exists under and by virtue of its own laws and is subject to liability for the torts alleged herein pursuant to 28 U.S.C. §2674.

6. On 5/12/2024, about the area of 3600 S Desert Oasis Blk Dr, Yuma, Arizona, a motor vehicle insured by Plaintiff under an automobile policy issued to Phylisa Arelano, was damaged in a collision with a vehicle operated by Defendant.

7. Among other things, Defendant failed to exercise reasonable care, including but not limited to one or more of the following ways:

    a. In causing their vehicle to collide with Plaintiff's insured vehicle;

    b. In failing to exercise due care towards motorists and vehicles traveling on the roadway; and,

    c. In failing to avoid colliding with Plaintiff's insured vehicle.

8. The persons responsible for the operation of Defendant's vehicle, if they were private persons, would be liable for damage resulting from the collision.

9. As a direct and proximate cause of Defendant's actions and omissions, after the collision and after receiving proof of loss, Plaintiff under its policy, paid to or on behalf of Phylisa Arelano the sum of $14,792.51 and is subrogated to that amount.

10. On or about 03/03/2025, Plaintiff presented Plaintiff's claim in writing by submitting SF-95 to USPS for damages covering the collision in the amount of $14,792.51.

Wherefore, Plaintiff demands judgment against Defendant for the sum of $14,792.51, together with the costs and disbursements of this action.

DATED this <u>23 September 2025</u>

_____
Roxanna M. Robertson.
Attorney for Plaintiff